## Nella M. Blue, and Charles Blue, Plaintiffs-Appellees, v. St. Clair Country Club, Defendant-Appellant.

### Term No. 56–F–22. (Abstract of Decision.)

Fourth District.

May 5, 1956.

Released for publication June 4, 1956.

 Pope and Driemeyer for appellant; Frank M. Rain, of counsel; Williams and Walker, and Kramer, Campbell, Costello & Wiechert, for appellees. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full.